UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **ELIZABETH WOODS,** | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| vs. | |
| **JOHN DEE HOPKINS, ET AL.,** | CASE NO: 17-1135-STA-egb |
| Defendants. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Dismissing Plaintiff's Complaint With Prejudice For Failure To Prosecute Her Cause of Action entered on January 2, 2018, this cause is hereby dismissed with prejudice.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 1/2/2018

THOMAS M. GOULD
**Clerk of Court**

s/Maurice B. BRYSON

(By) Deputy Clerk